# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIARA NICOLE MARIE GREEN and PHILLIP CHARLES AUGHT, JR., <br><br> Plaintiff <br><br> v. <br><br> CARVANA LLC, <br><br> Defendant | Case No.: 2:25-cv-00349-APG-EJY <br><br> **Order Accepting Report and Recommendation** <br><br> [ECF No. 9] |

On June 25, 2025, Magistrate Judge Youchah recommended that I dismiss with prejudice the plaintiffs' claims for violations of the Truth in Lending Act, the Federal Trade Commission Act, and the Consumer Financial Protection Act. ECF No. 9. The plaintiffs did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 9) is accepted, and the plaintiffs' claims against defendant Carvana LLC for violations of the Truth in Lending Act, the Federal Trade Commission Act, and the Consumer Financial Protection Act are dismissed with prejudice.

I FURTHER ORDER that, consistent with Magistrate Judge Youchah's order (ECF No. 9), the plaintiffs' amended complaint, if they choose to file one, remains due by July 23, 2025.

However, because I have dismissed the plaintiffs' claims for violations of the Truth in Lending Act, the Federal Trade Commission Act, and the Consumer Financial Protection Act with prejudice, the amended complaint may not reassert these claims.

DATED this 10th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE