UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIARA NICOLE MARIE GREEN, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>CARVANA LLC,<br><br>    Defendant | Case No.: 2:25-cv-00349-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 13, 14] |

On October 14, 2025, Magistrate Judge Youchah recommended that I deny the plaintiffs' motion for leave to file an amended complaint after the deadline because the amended complaint did not establish subject matter jurisdiction. ECF No. 14. As a result, she recommended that I deny the plaintiffs motion without leave to amend in this court, but without prejudice for the plaintiffs to pursue their claims in state court. The plaintiffs did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 14) is GRANTED**, and the plaintiffs' motion for leave to file an amended complaint after the deadline **(ECF No. 13) is DENIED**.

/ / / /

/ / / /

I FURTHER ORDER that the plaintiffs' claims in this case are dismissed without leave to amend in this court, but without prejudice to the plaintiffs pursuing their claims in state court. The clerk of court is instructed to close this case.

DATED this 31st day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE